In re BURBY. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) In the matter of Burby. No opinion. Application refused.

BURGER v. SNARE & TRIEST CO. (Supreme Court, Appellate Division, Third Department. September 13, 1905.) Action by Frank Burger against the Snare & Triest Company. No opinion. Motion denied.

· BURKE, Respondent, v. WETMORE, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Luke A. Burke against George P. Wetmore. W. Man, for appellant. W. F. Kimber, for respondent. No opinion. Judgment modified, by reducing same as entered to the sum of $1,311.68, and, as so modified, affirmed, with costs of appeal to the appellant.

In re BURNSIDE. (Supreme Court, Appellate Division, Second Department. June 22, 1905.) In the matter of the application of Robert Burnside for admission to the bar. No opinion. Application granted.

In re BURTIS' WILL. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) In the matter of the last will and testament of Albert G. Burtis, deceased. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion to amend decision and order denied. Motion for leave to appeal to the Court of Appeals denied.

BYRNS, Respondent, v. UNITED TELPHERAGE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Action by Robert A. Byrns against the United Telpherage Company. No opinion. Motion denied.

CALHOUN, Respondent, v. BUCK, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by John C. Calhoun against Samuel H. Buck. E. L. Furzman, for appellant. H. Wollman, for respondent. No opinion. Judgment affirmed, with costs.

CALLOPY, Respondent, v. VILLAGE OF TONAWANDA, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by James H. Callopy against the village of Tonawanda.

PER CURIAM. Order affirmed with $10 costs and disbursements. Held, that the defendant, having failed to tax or retax the costs awarded by this court upon the former appeal, is not entitled to insist that the nonpayment of such costs entitles it to a stay of proceedings in the action; and it is further held that, where such costs have been fixed in the manner prescribed by the Code of Civil Procedure, their nonpayment operates as a stay, unless the same is waived. Cohen v. Krulewitch, 81 App. Div. 147, 80 N Y. Supp. 689.

CAMERON et al. v. WHITE et al. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Action by Alexander Cameron and Frank H. Field against Josiah J. White, guardian, etc., of Frederic H. White, an infant, and others. No opinion. The applicant may file and serve replying affidavits on or before the 16th inst., and briefs may be submitted on the questions of fact and law involved at any time thereafter during this term of court.

CAMPBELL, Respondent, v. LINES et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Fanny Campbell against James P. Lines and Nicholas Healy.

PER CURIAM. Interlocutory judgment reversed, with costs, upon the authority of Burks v. Bosso, 180 N. Y. 341, 73 N. E. 58, and demurrer sustained, with costs, with leave to the plaintiff to amend within 20 days, on payment of costs.

CAMPBELL v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by Bridget Campbell against the New York & Harlem Railroad Company. No opinion. Motion denied.

CARDEZA et al., Appellants, v. OSBORN et al., Respondents. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by Howard J. M. Cardeza and others against Ellen C. Osborn and others. No opinion. Order affirmed, with $10 costs and disbursements.

CARMAN, Appellant, v. HARRIGAN COAL CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Action by Squire J. Carman against the Harrigan Coal Company. No opinion. Judgment unanimously affirmed, with costs.

CARPENTER v. SAUL. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Thomas B. Carpenter against Charles R. Saul. No opinion. Motion granted, so far as to dismiss, with $10 costs.

CARR, Respondent, v. AMERICAN GLUCOSE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by Louis Carr, by guardian, etc., against the American Glucose Company. No opinion. Judgment and order affirmed, with costs.

CHAMBERLAIN et al., Respondents, v. HOME INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department, October 24, 1905.) Action by Julia A. Chamberlain and Christian Feigenspan against the Home Insurance Company. No opinion. Judgment and order unanimously affirmed, with costs.